IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KEITH HOPKINS**                                                       **PLAINTIFF**
**ADC #05419-033**

**v.**           **Case No. 2:15-cv-00066-KGB-JTK**

**C.V. RIVERA, Warden,**
**Forrest City Low**                                                **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommended Disposition from United States Magistrate Judge Jerome Kearney (Dkt. No. 7). Plaintiff Keith Hopkins timely filed an objection (Dkt. No. 8). After careful review of the Proposed Findings and Recommended Disposition, Mr. Hopkins's timely objections, and a *de novo* review of the record, the Court adopts the Proposed Findings and Recommended Disposition in their entirety as this Court's findings in all respects.

Accordingly, Mr. Hopkins's petition for writ of *habeas corpus* is dismissed without prejudice; the relief requested is denied (Dkt. No. 1). The Court denies Mr. Hopkins's motion for an evidentiary hearing and motion to appoint counsel (Dkt. No. 8).

SO ORDERED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge