IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KEITH HOPKINS**  **PLAINTIFF**
**ADC #05419-033**

**v.**  **Case No. 2:15-cv-00066-KGB-JTK**

**C.V. RIVERA, Warden,**
**Forrest City Low**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff Keith Hopkins's petition for writ of *habeas corpus* is dismissed without prejudice.

SO ADJUDGED this 24th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE